U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 8 2004

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JUAN GONZALEZ AND DIANE GONZALEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SAMANTHA GONZALEZ AND MONICA GONZALEZ, MINOR CHILDREN, AND LAURA GONZALEZ | § § § § § § § | |
| VS. | § § | NO. 5-03-CV-0124-C |
| MINSA CORPORATION | § § | |

## RECEIPT OF
## DEPOSIT OF JUDGMENT FUNDS FOR MINOR PLAINTIFFS
## INTO THE REGISTRY OF THE COURT

On this date, the Clerk received drafts from Defendant Minsa Corporation as deposit of funds for minor Plaintiffs into the registry of the Court pursuant to the Award of Arbitrator in this case, payable as follows:

1. The sum of Six Thousand Three Hundred Fifteen Dollars ($6,315.00) for the benefit of Samantha Gonzalez, whose date of birth is June 28, 1988. Samantha Gonzales will be 18 year of age on June 28, 2006;

2. The sum of Six Thousand Three Hundred Fifteen Dollars ($6,315.00) for the benefit of Monica Gonzalez, whose date of birth is July 30, 1991. Monica Gonzalez will be 18 years of age on July 30, 2009.

RECEIVED this 8th day of October, 2004.

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT